

# Claim Search

## Search Criteria

| Case #: | 102824814 | EDG #: | |
|---|---|---|---|
| Individual Id: | | Provider ID: | |
| Claim #: | | | |
| Claim Status: | Recoupable: ○ | All Statuses: ⦿ | |

| Claim # | Case # | Program Code | Claim Status | Error Type | Overpay Start Date | OverPay End Date | Claim Amount | Outstanding Balance | Over Collection |
|---|---|---|---|---|---|---|---|---|---|
| R9906100061 | 102824814 | Cash | Closed | IPV Error | 03/01/1998 | 02/28/1999 | $ 6193.00 | $ 0.00 | $ 0.00 |
| R9906100062 | 102824814 | FAP | Bankruptcy | IPV Error | 03/01/1998 | 02/28/1999 | $ 4338.00 | $ 3825.00 | $ 0.00 |
| 100005652636 | 102824814 | FAP | Bankruptcy | IPV Error | 02/01/2011 | 08/31/2011 | $ 2569.00 | $ 2569.00 | $ 0.00 |

**EXHIBIT C**