UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION

_____

| | | |
|---|---|---|
| In Re: | ) | Case No. 18-50290 |
| | ) | |
| VERONIKA L. BEARD, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge John E. Hoffman, Jr. |

_____

| | | |
|---|---|---|
| MICHIGAN DEPARTMENT OF | ) | |
| HEALTH AND HUMAN | ) | |
| SERVICES, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding No. |
| v | ) | 18-02038 |
| | ) | |
| VERONIKA L. BEARD a/k/a | ) | |
| VERONIKA L. HARRIS, | ) | |
| | ) | |
| Defendant. | | |

_____/

**MOTION FOR ENTRY OF
DEFAULT JUDGMENT OF NON-DISCHARGEABILITY
AND MONEY JUDGMENT**

NOW COMES the Michigan Department of Health and Human Services, by and through its attorney, Chantal B. Fennessey, Assistant Attorney General, and requests that a Default Judgment of Non-Dischargeability and Money Judgment be entered in this matter pursuant to Fed. R. Civ. P. 55(b) for the following reasons:

1

1. The Department initiated this adversary action by filing a complaint on April 19, 2018. (Adv. Pro. No. 18-02038; ECF No. 1.)

2. The Department served Defendant by depositing copies of the Complaint and Summons in the U.S. Mail on April 19, 2018. (ECF No. 3.) *See also* Exhibit A, Affidavit in Support of Motion for Entry of Default Judgment and Money Judgment, ¶ 4.)

3. Defendant did not answer or otherwise defend within the time set in the Summons.

4. On June 28, 2018, the Clerk of the Bankruptcy Court entered a default against the Defendant. (ECF No. 9.)

5. A check of the docket reveals that Defendant has taken no action to set aside the entry of default.

6. On the petition date, the Defendant owed the Department a total of $6,394.00 for pre-petition overpayments. (Complaint, ¶ 11.)

7. The Department relies on its complaint, the attachments thereto, showing a sum certain owed in support of its motion for default judgment and money judgment.

8. The Department, therefore, requests entry of an Order of Default Judgment and Money Judgment excepting the $6,394.00 owed by Defendant from the discharge entered in her bankruptcy case (Case No. 18-50290), and a Money

Judgment in the total amount of $6,394.00 in favor of the Department and against Defendant.

    WHEREFORE, the Department requests entry of an order of Default Judgment of Non-Dischargeability under 11 U.S.C. § 523(a)(2)(A), § 523(a)(2)(B), § 523(a)(5), and § 523(a)(7), and a Money Judgment in favor of the Department and against the Defendant in the total amount of $6,394.00.  (Exhibit B, Proposed Order of Default Judgment of Non-Dischargeability and Money Judgment.)

    Respectfully submitted,

    Bill Schuette
    Attorney General

    */s/ Chantal B. Fennessey*_____
    Chantal B. Fennessey (P42805 MI)
    Cadillac Place
    3030 W. Grand Boulevard, Suite 10-200
    Detroit, MI 48202
    Phone:  (313) 456-0280
    Fax:  (313) 456-0291
    Email: fennesseyc@michigan.gov

Dated:  July 13, 2018